P PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ELLINOR R. CODER, CA 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4814
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY EDWARD HALLUM,<br><br>    Plaintiff,<br><br>vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-00602-EPG<br><br>ORDER RE: STIPULATION FOR AN EXTENSION OF TIME<br><br>(ECF No. 15). |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's opening brief be extended thirty (30) days from November 7, 2022 up to and including December 7, 2022.  This is the Defendant's second request for an extension.  The Court previously extended Defendant's response time by 60 days, Plaintiff's deadline upon stipulation of the parties, and the case was previously stayed.

    There is good cause for this extension.  The undersigned has been out of the office in recent weeks due to illness, and has ongoing symptoms that limit the number of available work hours.  Due to continued high volumes of cases in briefing in this jurisdiction, the undersigned's

1

1  supervisor has not been able to re-assign this case.  The Commissioner apologizes to Plaintiff
2  and the Court for the delay in this case.  No unnecessary delay is intended.

                                                        Respectfully submitted,

Dated:  November 2, 2022                   /s/  *Jonathan O. Peña**
                                                        JONATHAN O. PEÑA
                                                        Attorney for Plaintiff
                                                        (*signature authorized via e-mail Nov. 2, 2022)

Dated: November 2, 2022                    PHILLIP A. TALBERT
                                                        United States Attorney
                                                        MATHEW W. PILE
                                                        Associate General Counsel
                                                        Social Security Administration

                                         By:      /s/  *Ellinor R. Coder*
                                                        ELLINOR R. CODER
                                                        Special Assistant U.S. Attorney

                                                            Attorneys for Defendant

# ORDER

Pursuant to the parties' stipulation (ECF No. 15), IT IS ORDERED that Defendant shall have an extension, up to and including December 7, 2022, to file a response to Plaintiff's opening brief.

IT IS SO ORDERED.

Dated: __**November 3, 2022**__              /s/ *Erica P. Grosjean*
                                         UNITED STATES MAGISTRATE JUDGE